UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAURICE WIMBUSH,

                      Plaintiff,

-against-

NEW YORK CITY, NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES SERGEANT BRIAN McCRAW, NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES SERGEANT MELISSA McDOWELL, NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES POLICE OFFICER MAX ASTUDILLO, NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES POLICE OFFICER THURMAN HOCKADAY, NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES POLICE OFFICER JERVIS HORTON, NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES POLICE OFFICER FRANCES KELLY, NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES POLICE OFFICER MARSHA LAMBERT, NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES POLICE OFFICER JEANNA WATSON and NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES POLICE OFFICER AMOS WOODS, *individually, and in their capacity as members of the New York City Department of Homeless Services Police Force*,

                      Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/20

17-CV-8765 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The parties are reminded that an Initial Pretrial Conference is scheduled for February 20, 2020 at 11:00 a.m. The parties shall comply with the Court's Order and Notice of Initial Conference of September 24, 2019 (ECF No. 53), which sets forth the submissions due prior to

1

the Initial Conference and other obligations associated with the Initial Conference. The parties are also directed to refer to the Court's individual rules pertaining to Initial Conferences.

Dated: New York, New York
      February 13, 2020

                                                          /s/ Kimba M. Wood
                                                          KIMBA M. WOOD
                                                      United States District Judge