UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAURICE WIMBUSH,

                        Plaintiff,

        -against-

NEW YORK CITY, NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES
SERGEANT BRIAN McCRAW, NEW YORK
CITY DEPARTMENT OF HOMELESS
SERVICES SERGEANT MELISSA
McDOWELL, NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES
POLICE OFFICER MAX ASTUDILLO, NEW
YORK CITY DEPARTMENT OF
HOMELESS SERVICES POLICE OFFICER
THURMAN HOCKADAY, NEW YORK
CITY DEPARTMENT OF HOMELESS
SERVICES POLICE OFFICER JERVIS
HORTON, NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES
POLICE OFFICER FRANCES KELLY, NEW
YORK CITY DEPARTMENT OF
HOMELESS SERVICES POLICE OFFICER
MARSHA LAMBERT, NEW YORK CITY
DEPARTMENT OF HOMELESS SERVICES
POLICE OFFICER JEANNA WATSON and
NEW YORK CITY DEPARTMENT OF
HOMELESS SERVICES POLICE OFFICER
AMOS WOODS, *individually, and in their
capacity as members of the New York City
Department of Homeless Services Police Force*,

                        Defendants.
------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: April 16, 2020

17-CV-8765 (KMW)

**ORDER OF DISMISSAL**

KIMBA M. WOOD, United States District Judge:

      The parties have advised the Court that they have reached a settlement in principle. The above-captioned action is hereby dismissed and discontinued without costs. The dismissal is without prejudice to the right to reopen the action by June 15, 2020, if the settlement is not

1

consummated.    Any pending motions are moot.

      SO ORDERED.

Dated:  New York, New York
        April 16, 2020                              /s/ Kimba M. Wood
                                                                 KIMBA M. WOOD
                                            United States District Judge